Claudia **BARDEZBAIN,** Appellant,

v.

**Anthony James BARDEZBAIN,**
Respondent.

No. WD 44224.

Missouri Court of Appeals,
Western District.

Dec. 10, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 28, 1992.

Application to Transfer Denied
Feb. 25, 1992.

Don A. Peterson, Kansas City, for appellant.

Jeffrey P. Hiles, Kansas City, for respondent.

Before KENNEDY, P.J., and FENNER and BRECKENRIDGE, JJ.

### ORDER

PER CURIAM.

Appeal from portions of decree of dissolution of marriage relating to child custody, division of property, maintenance and attorney's fees.

Judgment affirmed. Rule 84.16(b).